UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Philip Marvin Green<br>Deborah Maxine Green | Case No.: 13-10377<br><br>Judge: JNP<br><br>Chapter: 7 |

# ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

DATED: 4/12/2017

/s/Jerrold N. Poslusny Jr.
Judge, U. S. Bankruptcy Court

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:  
Philip Marvin Green  
Deborah Maxine Green  
    Debtors

Case No. 13-10377-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 12, 2017  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.  
db/jdb       +Philip Marvin Green,   Deborah Maxine Green,   114 Quiet Road,   Sicklerville, NJ 08081-5625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:

      Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ND  
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Joel R. Spivack    on behalf of Joint Debtor Deborah Maxine Green joel@spivacklaw.com, admin@spivacklaw.com  
      Joel R. Spivack    on behalf of Debtor Philip Marvin Green joel@spivacklaw.com, admin@spivacklaw.com  
      Joshua I. Goldman    on behalf of Creditor    U.S. Bank, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Melissa N. Licker    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ND NJ_ECF_Notices@buckleymadole.com  
      William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association ecf@powerskirn.com  
                                                                                            TOTAL: 8