| Information to identify the case: | | | | |
|---|---|---|---|---|
| **Debtor 1** | **Philip Marvin Green** | | Social Security number or ITIN: | xxx–xx–4727 |
| | First Name    Middle Name    Last Name | | EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2** | **Deborah Maxine Green** | | Social Security number or ITIN: | xxx–xx–0169 |
| (Spouse, if filing) | First Name    Middle Name    Last Name | | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | | Date case filed in chapter: | 13    1/8/13 |
| Case number: | 13–10377–JNP | | Date case converted to chapter: | 7    4/11/17 |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors can demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Philip Marvin Green | Deborah Maxine Green |
| **2.** | **All other names used in the last 8 years** | | aka Deborah Giddens–Green |
| **3.** | **Address** | 114 Quiet Road<br>Sicklerville, NJ 08081 | 114 Quiet Road<br>Sicklerville, NJ 08081 |
| **4.** | **Debtor's attorney**<br>Name and address | Joel R. Spivack<br>Law Office of Joel R. Spivack<br>1820 Chapel Avenue West<br>Suite 195<br>Cherry Hill, NJ 08002 | Contact phone (856) 488–1200 |
| **5.** | **Bankruptcy trustee**<br>Name and address | Andrew Sklar<br>1200 Laurel Oak Road<br>Suite 102<br>Voorhees, NJ 08043 | Contact phone 856–258–4050 |

For more information, see page 2 >

Debtor **Philip Marvin Green** and **Deborah Maxine Green**                    Case number **13–10377–JNP**

| 6. | **Bankruptcy clerk's office** | 401 Market Street | Hours open: 8:30 AM – 4:00 p.m., |
|---|---|---|---|

| | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 4/17/17 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 2, 2017 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/1/17** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 13-10377-JNP
Philip Marvin Green                                                                     Chapter 7
Deborah Maxine Green
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2                    Date Rcvd: Apr 17, 2017
                             Form ID: 309A         Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
```
db/jdb        +Philip Marvin Green,   Deborah Maxine Green,   114 Quiet Road,   Sicklerville, NJ 08081-5625
tr            +Andrew Sklar,   1200 Laurel Oak Road,   Suite 102,   Voorhees, NJ 08043-4317
513599016      Acs/college Loan Corp,   C/o Acs,   Utica, NY 13501
513599017     +American General Finan/Mariner Finance,   Springleaf Financial/Attn: Bankruptcy De,
               Po Box 3251,   Evansville, IN 47731-3251
513697403     +American Student Assistance Guarantor,   100 Cambridge Street, Suite 1600,
               Boston, MA 02114-2567
513656116      College Loan Corp.,   c/o Xerox,   P. O. Box 22724,   Long Beach, CA 90801-5724
515143392     +ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
515143393     +ECMC,   PO BOX 16408,   St. Paul, MN 55116,   ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
513918747     +Lynne T. Associates, L.L.C.,   c/o Kevin Huang, Esquire,   Dilworth Paxson LLP,
               457 Haddonfield Road - Suite 700,   Cherry Hill, NJ 08002-2221
513599027     +Lynne T. Associates, LLC,   13 Mount Pleasant Drive,   Aston, PA 19014-1407
513599029      Mariner Finance,   5851 Route 42 Plaza 42,   Suite 16,   Turnersville, NJ 08012
513599028     +Mariner Finance,   5851 Rt. 42,   Plaza 42,   Suite 16,   Blackwood, NJ 08012-1460
513599030     +Mariner Finance, LLC,   PO Box 35394,   Dundalk, MD 21222-7394
513599031      Mariner Finance, LLC,   5851 Rt. 42 Plaza 42,   Suite 16,   Turnersville, NJ 08012
516354844      Navient Solutions, Inc,   PO Box 9640,   Wilkes, Barre, PA 18773-9640
515409866      Navient fka Sallie Mae PC Trust,   P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
513599034     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Department of the Treasury,
               Division of Taxation,   PO Box 269,   Trenton, NJ 08695-0269)
516704890     +U.S Bank National Association,   ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,   6409 Congress Ave,
               suite # 100,   Boca Raton Fl. 33487-2853
513919528     +U.S. BANK NATIONAL ASSOCIATION ND,   c/o Zucker Goldberg & Ackerman,
               200 Sheffield Street, Suite 301,   Mountainside, NJ 07092-2315
516705311     +U.S. Bank National Association,   Robertson , Anschutz & Schneid, P.L.,   Bankruptcy Department,
               6409 Congress Ave Suite 100,   Boca Raton, FL 33487-2853
513599037     +US Bank Default Management,   Loc: CN-OH-X5,   PO Box 1038,   Cincinnati, OH 45201-1038
513599038      US Bank Home Mortgage,   PO Box 20005,   Owensboro, KY 42304-0005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: joel@spivacklaw.com Apr 17 2017 23:05:35    Joel R. Spivack,
               Law Office of Joel R. Spivack,   1820 Chapel Avenue West,   Suite 195,
               Cherry Hill, NJ  08002
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2017 23:06:23    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2017 23:06:21    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
513599019      E-mail/Text: bankruptcy@cunj.org Apr 17 2017 23:06:13    Credit Union Of New Jersey,
               1301 Parkway Avenue,   Po Box 7921,   Ewing, NJ 08628
513599018     +EDI: RMSC.COM Apr 17 2017 22:53:00    Carecredit/GECRB,   170 Election Road,   Suite 125,
               Draper, UT 84020-6425
513599020     +EDI: USBANKARS.COM Apr 17 2017 22:53:00    Firstar/US Bank,   Us Bank Bankruptcy Dept,
               Po Box 5229,   Cincinnati, OH 45201-5229
513911089      EDI: RMSC.COM Apr 17 2017 22:53:00    GE Capital Retail Bank,   Attn: Bankruptcy Department,
               PO Box 960061,   Orlando FL 32896-0661
513599021      EDI: RMSC.COM Apr 17 2017 22:53:00    GE Capital Retail Bank,   PO Box 960061,
               Orlando, FL 32896-0061
513599022     +EDI: RMSC.COM Apr 17 2017 22:53:00    GECRB,   950 Forrer Blvd,   Dayton, OH 45420-1469
513599023     +EDI: RMSC.COM Apr 17 2017 22:53:00    Gecrb/smart Carpet,   950 Forrer Boulevard,
               Kettering, OH 45420-1469
513599024     +EDI: RMSC.COM Apr 17 2017 22:53:00    Gemb/care Credit,   Attn: bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
513599026      EDI: IRS.COM Apr 17 2017 22:53:00    Internal Revenue Service,   PO Box 21126,
               Philadelphia, PA 19114
514226911      EDI: JEFFERSONCAP.COM Apr 17 2017 22:53:00    JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
               ST CLOUD MN 56302
514226912      EDI: JEFFERSONCAP.COM Apr 17 2017 22:53:00    JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
               ST CLOUD MN 56302,   JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   ST CLOUD MN 56302
513599032     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2017 23:06:21    Office of the U.S. Trustee,
               District of New Jersey,   U.S. Department of Justice,   One Newark Center, Suite 2100,
               Newark, NJ 07102-5235
513599033     +EDI: NAVIENTFKASMSERV.COM Apr 17 2017 22:53:00    Sallie Mae,   Attn: Claims Department,
               Po Box 9500,   Wilkes-Barre, PA 18773-9500
513884481     +EDI: NAVIENTFKASMSERV.COM Apr 17 2017 22:53:00    Sallie Mae PC Trust,   c/o Sallie Mae Inc.,
               220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
513599035     +EDI: TDBANKNORTH.COM Apr 17 2017 22:53:00    Td Bank N.a.,   32 Chestnut Street,
               Lewiston, ME 04240-7799
```

```
District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Apr 17, 2017
                              Form ID: 309A            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516193670       EDI: USBANKARS.COM Apr 17 2017 22:53:00      U.S. Bank National Association,
                c/o U.S. Bank Home Mortgage,    A Division of U.S. Bank NA,    4801 Frederica Street,
                Owensboro, Kentucky 42301
513756838       EDI: USBANKARS.COM Apr 17 2017 22:53:00      US BANK N.A.,    BANKRUPTCY DEPARTMENT,
                P.O. BOX 5229,   CINCINNATI, OH 45201-5229
513599036       EDI: USBANKARS.COM Apr 17 2017 22:53:00      Us Bank,    4801 Frederica St,    Owensboro, KY 42301
                                                                                               TOTAL: 21
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513599025*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    Special Procedures Branch,
                 Bankruptcy Section,    PO Box 724,    Springfield, NJ 07081-0724)
513603980      ##+Mariner Finance, LLC,    3301 Boston St, Ste 201,    Baltimore, MD 21224-4979
                                                                           TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2017 at the address(es) listed below:
```
          Andrew Sklar    andy@sklarlaw.com,  NJ43@ecfcbis.com;dolores@sklarlaw.com
          Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ND
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa  ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joel R. Spivack    on behalf of Joint Debtor Deborah Maxine Green  joel@spivacklaw.com,
           admin@spivacklaw.com
          Joel R. Spivack    on behalf of Debtor Philip Marvin Green  joel@spivacklaw.com,
           admin@spivacklaw.com
          Joshua I. Goldman    on behalf of Creditor    U.S. Bank, N.A.  jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ND
           NJ_ECF_Notices@buckleymadole.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association
           ecf@powerskirn.com
                                                                           TOTAL: 8
```