UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
GREEN, PHILIP MARVIN  
GREEN, DEBORAH MAXINE

Case No.: 13-10377-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on  July 11, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4C . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 114 QUIET ROAD, SICKLERVILLE NJ 08081<br>(FMV $170,000.00) |
|---|---|

| Liens on property: | $384,261.00 - US Bank |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 13-10377-JNP
Philip Marvin Green                                                 Chapter 7
Deborah Maxine Green
      Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin               Page 1 of 2              Date Rcvd: Jun 07, 2017
                               Form ID: pdf905           Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
db/jdb         +Philip Marvin Green,    Deborah Maxine Green,    114 Quiet Road,    Sicklerville, NJ 08081-5625
513599016       Acs/college Loan Corp,    C/o Acs,    Utica, NY 13501
513599017      +American General Finan/Mariner Finance,     Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,    Evansville, IN 47731-3251
513697403      +American Student Assistance Guarantor,     100 Cambridge Street, Suite 1600,
                 Boston, MA 02114-2567
513656116       College Loan Corp.,    c/o Xerox,    P. O. Box 22724,    Long Beach, CA 90801-5724
515143392      +ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
515143393      +ECMC,   PO BOX 16408,    St. Paul, MN 55116,    ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
513599020      +Firstar/US Bank,    Us Bank Bankruptcy Dept,    Po Box 5229,    Cincinnati, OH 45201-5229
513918747      +Lynne T. Associates, L.L.C.,    c/o Kevin Huang, Esquire,    Dilworth Paxson LLP,
                 457 Haddonfield Road - Suite 700,    Cherry Hill, NJ 08002-2221
513599027      +Lynne T. Associates, LLC,    13 Mount Pleasant Drive,    Aston, PA 19014-1407
513599029       Mariner Finance,    5851 Route 42 Plaza 42,    Suite 16,    Turnersville, NJ 08012
513599028      +Mariner Finance,    5851 Rt. 42,    Plaza 42,   Suite 16,    Blackwood, NJ 08012-1460
513599030      +Mariner Finance, LLC,    PO Box 35394,    Dundalk, MD 21222-7394
513599031       Mariner Finance, LLC,    5851 Rt. 42 Plaza 42,    Suite 16,    Turnersville, NJ 08012
516354844       Navient Solutions, Inc,    PO Box 9640,    Wilkes, Barre, PA 18773-9640
515409866       Navient fka Sallie Mae PC Trust,     P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
513599034      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Department of the Treasury,
                 Division of Taxation,    PO Box 269,    Trenton, NJ 08695-0269)
516704890      +U.S Bank National Association,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,     6409 Congress Ave,
                 suite # 100,    Boca Raton Fl. 33487-2853
513919528      +U.S. BANK NATIONAL ASSOCIATION ND,     c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
516705311      +U.S. Bank National Association,    Robertson , Anschutz & Schneid, P.L.,     Bankruptcy Department,
                 6409 Congress Ave Suite 100,    Boca Raton, FL 33487-2853
516193670      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: U.S. Bank National Association,     c/o U.S. Bank Home Mortgage,
                 A Division of U.S. Bank NA,    4801 Frederica Street,    Owensboro, Kentucky 42301)
513599037      +US Bank Default Management,    Loc: CN-OH-X5,    PO Box 1038,    Cincinnati, OH 45201-1038
513599038       US Bank Home Mortgage,    PO Box 20005,    Owensboro, KY 42304-0005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2017 22:33:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2017 22:33:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513599019       E-mail/Text: bankruptcy@cunj.org Jun 07 2017 22:33:30      Credit Union Of New Jersey,
                 1301 Parkway Avenue,    Po Box 7921,    Ewing, NJ 08628
513599018      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 22:35:26      Carecredit/GECRB,
                 170 Election Road,    Suite 125,    Draper, UT 84020-6425
513656116       E-mail/Text: bknotices@conduent.com Jun 07 2017 22:34:43      College Loan Corp.,     c/o Xerox,
                 P. O. Box 22724,    Long Beach, CA 90801-5724
513911089       E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 22:35:39      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
513599021       E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 22:35:11      GE Capital Retail Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
513599022      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 22:35:11      GECRB,    950 Forrer Blvd,
                 Dayton, OH 45420-1469
513599023      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 22:35:39      Gecrb/smart Carpet,
                 950 Forrer Boulevard,    Kettering, OH 45420-1469
513599024      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 22:35:11      Gemb/care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
513599026       E-mail/Text: cio.bncmail@irs.gov Jun 07 2017 22:33:08      Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
514226911       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 07 2017 22:33:56       JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
514226912       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 07 2017 22:33:56       JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
513599032      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2017 22:33:39       Office of the U.S. Trustee,
                 District of New Jersey,    U.S. Department of Justice,    One Newark Center, Suite 2100,
                 Newark, NJ 07102-5235
513599033      +E-mail/PDF: pa_dc_claims@navient.com Jun 07 2017 22:35:44      Sallie Mae,
                 Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
513884481      +E-mail/PDF: pa_dc_claims@navient.com Jun 07 2017 22:35:44      Sallie Mae PC Trust,
                 c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
513599035      ++E-mail/Text: bankruptcy@td.com Jun 07 2017 22:33:46      Td Bank N.a.,    32 Chestnut Street,
                 Lewiston, ME 04240-7799
```

```
District/off: 0312-1            User: admin              Page 2 of 2             Date Rcvd: Jun 07, 2017
                                Form ID: pdf905          Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
TOTAL: 17

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. BANK NATIONAL ASSOCIATION ND
trfee*         +American Student Assistance Guarantor,    100 Cambridge Street,   Suite 1600,
                 Boston, MA 02114-2567
513599025*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    Special Procedures Branch,
                 Bankruptcy Section,   PO Box 724,    Springfield, NJ 07081-0724)
513756838*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:  US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229)
513599036*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:  Us Bank,    4801 Frederica St,   Owensboro, KY 42301)
513603980    ##+Mariner Finance, LLC,    3301 Boston St, Ste 201,    Baltimore, MD 21224-4979
                                                                                  TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2017 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ND
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joel R. Spivack    on behalf of Joint Debtor Deborah Maxine Green joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              Joel R. Spivack    on behalf of Debtor Philip Marvin Green joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ND
               NJ_ECF_Notices@buckleymadole.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association
               ecf@powerskirn.com
                                                                                             TOTAL: 8
```