Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 13−10377−JNP
          Chapter: 7
          Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Philip Marvin Green                                 Deborah Maxine Green
  114 Quiet Road                                         aka Deborah Giddens−Green
  Sicklerville, NJ 08081                               114 Quiet Road
                                                           Sicklerville, NJ 08081

Social Security No.:
  xxx−xx−4727                                              xxx−xx−0169
Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 9, 2017</u>                 <u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court